IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | CASE NO. 1:13cr00031-010 |
| | ) | |
| Plaintiff, | ) | JUDGE: JAMES S. GWIN |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| **JOHN CHILDREY,** | ) | |
| | ) | |
| Defendant. | ) | |

This matter was heard on October 5, 2015, upon the request of the United States Pretrial and Probation Office for a finding that defendant violated the conditions of supervised release. The defendant was present and represented by Darin Thompson.

The supervised release violation report was referred to Magistrate Judge Greg White on August 19, 2015 [Doc. 354]. A Report and Recommendation was issued on September 15, 2015 [Doc. 358]. No objections to the Report and Recommendation having been filed the Court found that the following terms of supervision had been violated:

    1) failure to adhere to Drug Aftercare.

Therefore, the defendant is committed to the Bureau of Prisons for a term of six months and is granted credit for time served in federal custody on the instant violation. Upon release from incarceration defendant shall serve another year of supervised release under the conditions earlier imposed.

The defendant is remanded to the custody of the U.S. Marshal, Cleveland, Ohio.


Dated: October 6, 2015                                  *s/    James S. Gwin*
                                                        JAMES S. GWIN
                                                        UNITED STATES DISTRICT JUDGE